# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN and FLOYD JORDAN, h/w | : | CIVIL ACTION |
| 242 Shetland Drive | : | |
| New Castle, DE  19720 | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO.:   06-3091 |
| | : | |
| WILLIAM and BERNADETTE PINAMONT, h/w | : | |
| 6 Misty Meadow Drive | : | |
| West Chester, PA  19382 | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

## COMPLAINT

1.  Plaintiffs Karen and Floyd Jordan are adults who reside at 242 Shetland Drive, New Castle, DE 19720.  At all relevant times Karen Jordan was married to Floyd Jordan.

2.  Defendants William and Bernadette Pinamont are adults who reside at 6 Misty Meadow Drive, West Chester, PA 19382.

3.  28 U.S.C.A. §1332(a)(1) confers subject matter jurisdiction upon this Court as Plaintiffs are Delaware citizens and residents, Defendants are Pennsylvania residents, and the amount in controversy exceeds $200,000 exclusive of interest and costs.

4.  On the morning of September 13, 2004, Defendant William Pinamont was driving a vehicle owned by Defendant Bernadette Pinamont northbound on Interstate 95, at or near Potter Avenue, in Chester County, within this jurisdiction, when he 'rear-ended' and struck a car that was being driven by Plaintiff Karen Jordan.

5. Venue in this judicial district is appropriate pursuant to 28 U.S.C. § 1391(a) in that the incident giving rise to this litigation arose within this judicial district and both Defendants are Pennsylvania residents who live within this judicial district.

6. At the time of the auto accident Defendant William Pinamont was negligent in that he failed to properly operate his vehicle, was following too closely, was inattentive, and such other errors and omissions that are developed during discovery and shown at the trial of this matter.

7. Due to the negligence of Defendant William Pinamont, Plaintiff Karen Jordan was caused to suffer severe and permanent injuries to her body including, without limitation, (1) lumbar spine disc injuries with pain radiating into her legs, (2) hip pain, (3) cervical pain, and (4) shoulder pain.

8. As a consequence of the injuries Plaintiff Karen Jordan suffered in the aforementioned incident she has lost time from work, will lose time from work, has incurred medical, physical therapy and health expenses, and will incur medical, physical therapy and health care expenses.

**WHEREFORE,** Plaintiff Karen Jordan prays for a judgment against Defendant William Pinamont in an amount in excess of the jurisdictional minimum, plus reimbursement of costs and fees and other remedies at law or in equity as the Court deems just and proper.

## SECOND CAUSE OF ACTION

9. Plaintiff Karen Jordan incorporates by this reference the averments of the foregoing paragraphs.

10. At the time of the September 13, 2004, auto crash Defendant Bernadette Pinamont had negligently entrusted her vehicle to Defendant William Pinamont.

11. As a consequence of Defendant Bernadette Pinamont's negligence Plaintiff Karen Jordan has suffered severe and permanent injuries, has sustained medical expenses, has lost time from work, and will suffer economic losses.

**WHEREFORE,** Plaintiff Karen Jordan prays for a judgment against Defendant Bernadette Pinamont in an amount in excess of the jurisdictional minimum, plus costs and other remedies at law or in equity as the Court deems proper.

### THIRD CAUSE OF ACTION

12. Plaintiff Floyd Jordan incorporates by this reference the averments of the foregoing paragraphs.

13. As a consequence of the severe and permanent injuries to his wife, Karen Jordan, Plaintiff Floyd Jordan has sustained loss of consortium damages.

**WHEREFORE,** Plaintiff Floyd Jordan prays for a judgment against Defendants William and Bernadette Pinamont, jointly and severally, in an amount in excess of the jurisdictional minimum, plus costs and other remedies at law or in equity, as the Court deems just and proper.

**PLAINTIFFS DEMAND A TRIAL BY JURY**.

Respectfully submitted,

  /s/ David L. Lockard, Esq. (DLL4126)
David L. Lockard, Esq.
David Lockard & Associates
15 West Highland Avenue
Philadelphia, PA   19118
(215) 753-0661

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : |
| | SS |
| CITY OF PHILADELPHIA | : |

## **V E R I F I C A T I O N**

    I, David L. Lockard, Esquire, hereby state that I am counsel for the plaintiffs in this action, who live outside the county where this action is filed, and verify that statements made in the foregoing COMPLAINT are true and correct to the best of my knowledge, information and belief. I understand that the statements therein are made subject to penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

    /s/ David L. Lockard, Esq. (DLL4126)
DAVID L. LOCKARD
Counsel for Plaintiffs